Jennifer GRATZ, et al., Plaintiffs—Appellants (Nos.01–1333/1418) Plaintiffs—Appellees (Nos.01–1416/1438),

v.

Lee BOLLINGER, et al., Defendants—Appellees(Nos.01–1333/1418/1438),

Ebony PATTERSON, et al.,
Defendants—Appellants
(No. 01–1438).

Nos. 01–1333, 01–1416, 01–1418, 01–1438.

United States Court of Appeals,
Sixth Circuit.

Oct. 29, 2003.

David F. Herr, Kirk O. Kolbo, R. Lawrence Purdy, Michael C. McCarthy, Kai H. Richter, Maslon, Edelman, Borman & Brand, Minneapolis, MN, Michael E. Rosman, Washington, DC, for Plaintiffs–Appellants/Plaintiffs–Appellees.

Brent E. Simmons, Lansing, MI, for Plaintiff–Appellee/Defendants–Appellees/Defendants–Appellants.

Philip J. Kessler, Butzel Long, Detroit, MI, John Payton, John H. Pickering, Craig Goldblatt, Anne Harkavy, Brigida Benitez, Stuart F. Delery, Robin A. Lenhardt, Tonya T. Robinson, Wilmer, Cutler & Pickering, Washington, DC, Leonard M. Niehoff, Butzel Long, Ann Arbor, MI, for Defendants–Appellees.

Theodore M. Shaw, Olatunde C.A. Johnson, Melissa S. Woods, NAACP Legal Defense & Educational Fund, Christopher A. Hansen, E. Vincent Warren, American Civil Liberties Union Foundation, New York, NY, Patricia Mendoza, Mexican American Legal Defense and Educational Fund, Chicago, IL, Brent E. Simmons, Lansing, MI, for Defendants–Appellees/Defendants–Appellants.

Michael J. Steinberg, American Civil Liberties Union Fund of Michigan, Detroit, MI, for Defendants–Appellants.

Daniel W. Sherrick, Catherine J. Trafton, Associate General Counsel, Detroit, MI, Alexander E. Dreier, Hogan & Hartson, Thomas J. Henderson, Lawyers' Committee for Civil Rights Under Law, Mireya A.R. Llaurado, Heller, Ehrman, White & McAuliffe, Kenneth S. Geller, Eileen Penner, Mayer, Brown, Rowe & Maw, Washington, DC, Susan I. Leffler, Asst. Attorney Gen., Office of the Attorney General, Lansing, MI, Martha F. Davis, Spenta R. Cama, NOW Legal Defense and Education Fund, New York, NY, Michael K. Lee, Southfield, MI, for Amicus Curiae.

Before BOGGS, Chief Circuit Judge; MARTIN, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, GILMAN, GIBBONS, ROGERS, SUTTON, and COOK, Circuit Judges.

ORDER

This matter comes before the court pursuant to the judgment of the United States Supreme Court reversing the District Court in part and remanding for further proceedings in conformity with its opinion of June 23, 2003.

Upon consideration, the cases are remanded to the United States District Court for the Eastern District of Michigan for further proceedings in conformity with the opinion of the Supreme Court.

IT IS SO ORDERED.